UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:

| | | |
|---|---|---|
| CMHP, LLC, | : | Case No. 00-57401 |
| | : | Chapter 7 |
| Debtor | : | Judge Preston |

REPORT OF DISTRIBUTION

      Michael T. Gunner, trustee of the estate of the above-named debtor(s), states that a final report has been approved for this estate and the Court has entered an Order for Payment of Fees and Expenses.  Therefore, a dividend to creditors pursuant to Federal Rule of Bankruptcy Procedure 2009 shall be paid as soon as practicable as follows.

| | |
|---|---|
| AMOUNT AVAILABLE FOR DISTRIBUTION | $136,770.65 |

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses | $31,874.72 |
| Chapter 11 Administrative Expenses (Itemized Attached) | $104,895.93 |
| Priority Claims (507(a)(3)-(a)(6)) | $0.00 |
| Secured Tax Liens | $0.00 |
| Priority Tax Claims | $0.00 |
| General Unsecured Claims | $0.00 |
| Other | $0.00 |
| Other | $0.00 |
| | |
| TOTAL AMOUNT TO BE DISTRIBUTED | $136,770.65 |

/s/  Michael T. Gunner
Michael T. Gunner, Case Trustee
SUP CT REG NO 0002078
3535 Fishinger Blvd., Ste. 220
Hilliard, OH  43026
Telephone:  (614) 777-1203
Facsimile:  (614) 777-4640
E-mail:  hilliardlaw@hotmail.com

January 19, 2015
Date

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re: CMHP, LTD.　　　　　　　　　　　　Case No. 00-57401
　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　Debtor　　　　　　　　　　　　　　　Judge Preston

## ATTACHMENT TO REPORT OF DISTRIBUTION

Application for chapter 7 fees and administrative expenses have been filed and allowed as follows:

| Reason/Applicant | Total Requested | Interim Payment To Date | Proposed Payment |
|---|---|---|---|
| **Trustee Fees: Michael T. Gunner** | $10.140.50 | $0.00 | 10,140.50 |
| **Trustee Expenses: Michael T. Gunner** | $7,680.47 | $0.00 | 7,680.47 |
| **Attorney for Trustee Fees: Michael T. Gunner** | $3053.75 | $0.00 | $3053.75 |
| **Accountant for Trustee Expenses: Hirth, Norris and Garrison** | $166.25 | $166.25 | $0.00 |
| **Charges: US Trustee** | $11,000 | $0.00 | $11,000.00 |
| **Other: Myer, Reese, Smith and Chester** | $352.09 | $352.09 | $0.00 |
| **Other: IESC Insurance Partners LLC** | $327.94 | $327.94 | $0.00 |
| **Other: Insurance Partners Agency** | $109.48 | $109.48 | $0.00 |
| **Total To be paid for chapter Trustee Expenses** | | | $31,874.72 |
| **Remaining Balance** | | | $104,895.93 |

Applications for prior chapter fees and administrative expenses are as follows:

| Reason/Applicant | Total requested | Interim payment to date | Proposed payment |
|---|---|---|---|
| Other: American Electric Power | $106.70 | $0.00 | $15.61 |
| Other: ECS Cafeteria Plan | $172.74 | $0.00 | $25.29 |
| Other: Employer Communications | $172.74 | $0.00 | $25.29 |
| Other: FSG Services | $2993.47 | $0.00 | $438.20 |
| Other: Internal Revenue Service | $25,414.47 | $0.00 | $3,720.36 |
| Other: IRS | $23,201.47 | $0.00 | $3,396.39 |
| Other: JM Medical | $4,000.00 | $0.00 | $585.55 |
| Other: Ohio Bureau of Workers Compensation | $471,023.61 | $0.00 | $68,951.63 |
| Other: Ohio Department of Taxation | $8,768.33 | $0.00 | $1,283.57 |
| Other: Ohio Department of Job and Family Services | $40,922.99 | $0.00 | $5,990.59 |
| Other: Ohio Department of Taxation | $29,079.42 | $0.00 | $4,256.84 |
| Other: Shelly Gregory | $110,600.00 | $0.00 | $16,190.38 |
| Other: State of Ohio | $110.90 | $0.00 | $16.23 |
| Total To be paid for chapter Trustee Expenses | | | $104,895.93 |
| Remaining Balance | | | $0.00 |

CERTIFICATE OF SEVICE

A copy of the foregoing was served upon the following by ordinary mail and electronically per the courts ECF system on the 19th day of January, 2015.

*Serve electronically upon:*

- Thomas V Askounis — taskounis@askounisdarcy.com, aparker@askounisdarcy.com
- Asst US Trustee (Col) — ustpregion09.cb.ecf@usdoj.gov
- John P Brody — jbrody@keglerbrown.com
- Yvette A Cox — BR-ECF@BaileyCavalieri.com
- Brian M Gianangeli — bgianangeli@mifsudlaw.com
- Michael T Gunner — hilliardlaw@hotmail.com
- Richard G Hardy — rhardy@ulmer.com
- Polly J Harris — pharris@porterwright.com
- Eleanor Beavers Haynes — hh@hayneslaw.com
- Sherri Blank Lazear — slazear@bakerlaw.com
- Pamela N Maggied — bgickler@rrohio.com
- G Christopher Meyer — cmeyer@ssd.com
- Michael N Schaeffer — michael@ksrlegal.com, kathy@ksrlegal.com
- Randy T Slovin — rtslovin@sclpa.com, bjgrandstaff@sclpa.com
- Steven Lee Smith — ssmith@slk-law.com, nrife@slk-law.com
- W Prentice-Snow — wpsnow@morrow-erhard.com, tlaurell@morrow-erhard.com; jmkoontz@morrow-erhard.com
- Richard K Stovall — stovall@aksnlaw.com, ashton@aksnlaw.com; pfefferle@aksnlaw.com; charfas@aksnlaw.com
- Daniel R Swetnam — Daniel.Swetnam@icemiller.com, Deborah.Wolf@icemiller.com
- Barry A Waller — bwaller@fwmlaw.com, dgraham@fwmlaw.com

Served by regular U.S. Mail postage pre-paid:

ECS CAFETERIA PLAN ADM.
P O BOX 12833
COLUMBUS OH 43212

AMERICAN ELECTRIC POWER
PO BOX 24418
CANTON OH 44701

EMPLOYER COMMUNICATIONS SPECIALISTS INC
1429 KING AVE.
COLUMBUS OH 43212

FSG ENERGY SERVICES
PO BOX 1046
DELAWARE OH 43015

Internal Revenue Service
Department of Treasury
550 Main St
Cincinnati, OH 45202

OHIO BUREAU OF WORKERS COMPENSATION
LAW SECTION BANKRUPTCY UNIT
30 W SPRING ST
PO BOX 15567
COLUMBUS OH 43215-0567

| | |
|---|---|
| Ohio Department of Job & Family Svcs<br>c/o Michelle T Sutter<br>Revenue Recovery<br>101 E Town St 2nd Fl<br>Columbus, OH 43215 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216 |
| Shelly Gregory<br>DMF OF OH<br>3900 STONERIDGE LANE<br>DUBLIN OH 43017 | JM MEDICAL<br>1308 COUNT FLEET CT<br>COLUMBIA MO 65202 |
| CHMP, LTD, Debtor<br>Aka Columbus Community Hospital<br>1430 South High Street<br>Columbus, Ohio 43207 | American Orthopedics<br>1151 W 5th Avenue<br>Columbus, OH 43212 |
| United States Attorney<br>303 Marconi Blvd., Ste. 200<br>Columbus, Ohio 43215 | Howard E Baumwell<br>600 S Pearl Street<br>Columbus, OH 43206 |
| James R Berendsen<br>Huntington Center<br>41 South High Street, Ste 2200<br>Columbus, OH 43215 | Janice M Bernard<br>41 South High Street<br>1300 Huntington Center<br>Columbus, OH 43215 |
| CIT Communications Finance Corp.<br>1 CIT Drive<br>Suite 4104A<br>Livingston, NJ 07039 | Lance Chapin<br>501 S High St<br>Columbus, OH 43215 |
| Columbus Baseball Team Inc<br>330 Huntington Park Lane<br>Columbus, OH 43215 | Lisa M Diem<br>c/o Kegler Brown Hill & Ritter<br>Capitol Square, Suite 1800<br>65 E. State Street<br>Columbus, OH 43215 |
| Kevin Durkin<br>471 E Broad St Ste 1100<br>Columbus, OH 43215 | Bradley T Ferrell<br>1600 Huntington Center<br>41 South High St<br>Columbus, OH 43215 |
| Winston M Ford<br>30 East Broad Street<br>26th Floor<br>Columbus, OH 43215-3428 | R C Gibbs<br>10 W Broad St<br>Columbus, OH 43215-4106 |
| Internal Revenue Service<br>200 North High Street, Room 425<br>Columbus, OH 43216 | Daniel G Keating<br>170 Monroe NW<br>Warren, OH 44483 |
| Jeffrey R Lankenau<br>105 West Main Street<br>Napoleon, OH 43545 | Stuart L Larsen<br>Day Ketterer<br>200 Market Avenue N. - #300<br>P. O. Box 24213<br>Canton, OH 44701-4213 |

| | |
|---|---|
| Gerald S Leeseberg<br>175 S Third St<br>Columbus, OH 43215 | Justin F Madden<br>1900 E 9th St Ste 2400<br>Cleveland, OH 44114-3400 |
| David M Miller<br>100 Galleria Officentre<br>#333<br>Southfield, MI 48034 | Ohio State University<br>Room 1040 Dodd Hall<br>480 Medical Center Dr<br>Columbus, OH 43210 |
| Plante and Moran LLC<br>David L Scheffler<br>110 E Main St<br>P. O. Box 765<br>Lancaster, OH 43130 | Lori L Purkey<br>444 West Michigan Avenue<br>Kalamazoo, MI 49007 |
| Charles P Schulman<br>30 South Wacker Drive<br>Suite 2900<br>Chicago, IL 60606 | Gerald L Stebelton<br>109 North Broad Street<br>P. O. Box 130<br>Lancaster, OH 43130-0130 |
| Michelle T Sutter<br>Principal Asst Attorney General<br>Environmental Enforcement Section<br>30 East Broad Street, 25th Floor<br>Columbus, OH 43215 | J Patrick Thomas<br>211 E Livingston Avenue<br>Columbus, OH 43215 |
| Adam B Zuckerman<br>601 Poydras Street, Suite 2400<br>New Orleans, LA 70130 | United States Attorney General<br>Main Justice Building, Room 5111<br>10th & Constitution Ave., NW<br>Washington D.C. 20530 |

Respectfully submitted,


/s/ Michael T. Gunner
Michael T. Gunner
SUP CT REG NO 0002078
3535 Fishinger Blvd. Ste. 220
Hilliard, OH  43026
[614] 777-1203
Attorney for Trustee